# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE, LLC,

Plaintiff,

vs.

LA POSADA CONDOMINIUM PROPERTY OWNERS ASSOCIATION and AYAKA TOSHIKO SAKURAI,

Defendants.

Case No. 2:17-cv-02391-JAD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Order for Leave to Serve by Publication and to Enlarge Time for Service (ECF No. 10), filed on October 23, 2017.

Pursuant to Fed. R. Civ. P. 4(e), the state statutes in which the District Court is held are followed in matters pertaining to service of summons by publication. N.R.C.P. 4(e)(1)(i) states that the court may permit service by publication if, after due diligence shown, the plaintiff is unable to find the defendant(s) within the state, or they are avoiding the service of summons. The plaintiff must prove this to the satisfaction of the court either by affidavit or by a verified complaint. The Nevada Supreme Court has held that there is no objective, formulaic standard for determining what is, or is not, due diligence. *Abreu v. Gilmer,* 985 P.2d 746, 749 (1999). N.R.C.P. 4(e)(1)(ii) further states that service by publication is valid for " any action which relates to, or the subject of which is, real or personal property."

Plaintiff argues that it has shown due diligence by making several failed attempts at serving Defendant Ayaka Toshiko Sakurai. First, Plaintiff attempted service at the subject property at issue in this case: 1900 Desert Falls Court, Unit 206, Las Vegas, Nevada. However, Plaintiff discovered that the property is vacant. *See* ECF No. 10, Exhibit A. Next, Plaintiff attempted service at a

California address that it believed belonged to Defendant Sakurai. That address is a private mailbox and service cannot be effectuated there. Third, Plaintiff performed a skip trace on Defendant Sakurai. The only other address revealed by that search was for another PO Box. *Id.* at Exhibit B. Based on this information, the Court finds that Plaintiff has demonstrated due diligence in attempting service on Defendant Sakurai that would warrant permitting service by publication. Moreover, the subject of this litigation is real property. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order for Leave to Serve by Publication and to Enlarge Time for Service (ECF No. 10) is **granted**. Defendant Ayaka Toshiko Sakurai may be served by Plaintiff through publication of the summons and complaint in this case at least once a week for four (4) consecutive weeks in the Nevada Legal News, which is a newspaper of general circulation published in Las Vegas, Nevada.

**IT IS FURTHER ORDERED** that Plaintiff shall deposit a copy of the summons and complaint in the post office via first class certified mail, directed to Defendant Sakurai's last known physical addresses: 1) 1900 Desert Falls Court, 2) 2537 Pacific Coast Highway, Apt. D429 and 3)904 Silver Spur Road #358.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **December 27, 2017**, to complete service upon Defendant Ayaka Toshiko Sakurai.

DATED this 24th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge