MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>LA POSADA CONDOMININUM PROPERTY OWNERS ASSOCIATION; AYAKA TOSHIKO SAKURAI;<br><br>Defendants. | Case No.: 2:17-cv-02391-JAD-GWF<br><br>**STIPULATED JUDGMENT IN FAVOR OF NATIONSTAR MORTGAGE LLC**<br><br>ECF No. 14 |

Plaintiff Nationstar Mortgage LLC (**Nationstar**), Defendant La Posada Condominium Property Owners Association (the **La Posada**), and Ayaka Toshiko Sakurai (**Sakurai**) (collectively, the **Parties**) hereby stipulate and agree as follows:

1. On or about February 9, 2005, Sakurai purchased the property commonly known as 1900 Desert Falls Court, Unit 206, Las Vegas, Nevada 89128 (the **Property**) by way of a loan in the amount of $106,400.00 evidenced by a note and secured by a deed of trust (the **senior deed of trust**) recorded February 14, 2005. A true and correct copy of the senior deed of trust is recorded with the Clark County Recorder as Instrument No. **20050214-0002081.**

2. Nationstar is the servicer of the Loan for Fannie Mae and in that capacity is the record beneficiary of the senior deed of trust via an assignment of deed of trust recorded September 6, 2017. A true and correct copy of the assignment is recorded with the Clark County Recorder as **Instrument No. 201709060001903.**

3. On or about October 11, 2013, a foreclosure Deed was recorded in the Property's

1    records as Instrument Number 201210110001257. The foreclosure deed was submitted on behalf of
2    La Posada and showed that La Posada purchased the Property for $11,220.09 at an HOA Foreclosure
3    Sale held on September 14, 2012 (the **HOA Foreclosure Sale**).

4. La Posada then transferred the property to Sakurai via quitclaim deed recorded on January 18, 2013 in the Recorder's Office as Instrument Number 201301180000259.

5. The Parties stipulate and agree that La Posada received from the HOA Foreclosure Sale title to the Property encumbered by the senior deed of trust, which was recorded on recorded February 14, 2005 with the Clark County Recorder as Instrument No. **20050214-0002081**.

6. The Parties stipulate and agree that the senior deed of trust remains a valid and enforceable lien against the Property.

7. The Parties stipulate and agree that the senior deed of trust is the senior lien encumbering the Property.

8. Nationstar therefore agrees that the entry of this Stipulated Judgment fully resolves Nationstar's claims in this action. Nationstar agrees to dismiss with prejudice any remaining claims that were brought or that could have been brought in the above-captioned matter.

9. This stipulated judgment may be recorded in the property's land records by any party.

10. Each party shall bear its own attorneys' fees and costs.

…
…
…
…
…
…
…
…
…
…
…

2

**IT IS SO STIPULATED AND AGREED.**

Dated this 9th day of January, 2018

**AKERMAN LLP**

/s/ Thera A. Cooper
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Nationstar Mortgage, LLC*

Dated this 9th day of January, 2018

/s/ Ayaka T. Sakurai
Ayaka T. Sakurai
904 Silver Stur Road #358
Rolling Hills Estate, CA 90274

*In proper person*

Dated this 9th day of January, 2018

**LEACH JOHNSON SONG & GRUCHOW**

/s/ T. Chase Pittsenbarger
Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148

*Attorneys for Defendant La Posada
Condominium Property Owners' Association*

## ORDER

IT IS SO ORDERED. The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 12, 2018

3